**June 06, 2016**

| CAAP–14–0001101 | State v. Ichiki | Affirmed |

**June 08, 2016**

| CAAP–15–0000012 | State v. Bristow | Affirmed |
| CAAP–14–0000434 | State v. Koverman | Vacated and Remanded |

**June 14, 2016**

| CAAP–15–0000007 | Saker v. Saker | Affirmed |
| CAAP–14–0001246 | St. Romain v. St. Romain | Affirmed |

**June 15, 2016**

| CAAP–15–0000526 | RNM v. JMKK | Affirmed |
| CAAP–15–0000528 | State v. Boyd | Affirmed in Part and Vacated in part |
| CAAP–14–0001191 | State v. Shimokawa | Affirmed |

**June 16, 2016**

| CAAP–14–0000833 | State v. Kim | Affirmed |
| CAAP–14–0000525, CAAP–14–0000527, CAAP–14–0000554 | State v. Takahashi | Vacated and Remanded |